FILED
2011 May-27 PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

**COPY**

AO 442     (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern     District of     Texas

UNITED STATES OF AMERICA

V.

Jeffrey Lynn Daniels
aka "JDT" and "Dialtone"

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

Case Number: 3-11-cr-152-L (02)

**MAG 11 -150**

YOU ARE HEREBY COMMANDED to arrest    Jeffrey Lynn Daniels
                                                                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Order of court    [ ] Probation Violation Petiton    [ ] Supervised Release Violation Petition    [ ] Violation Notice

charging him or her (brief description of offense)

Conspiracy to Use Access Devices to Modify Telecommunications Instruments and to Make Unauthorized Access to PRotected Telecommunications Computers; Obstruction : Destruction of Evidence; Obstruction: Concealment of Evidence;

in violation of Title 18    United States Code, Section(s)    371(1029(a)(9); 1030(a)(5)(A)(ii) and B(iv), 1030(a)(2)(A) and 875(d); 1512(c)(1),

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

/s/ Karen Mitchell
Signature of Issuing Officer

Magistrate Judge Irma C. Ramirez

May 26, 2011
Date

Dallas, TX
Location

By: /s/ J. Baggett

---

**RETURN**     2101686

This warrant was received and executed with the arrest of the above-named defendant at

715 Hale Road, Ashville, AL 35953

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/26/11 | Steven P. Ferguson, Special Agent | [signature] |
| DATE OF ARREST 5/27/11 | | |

**ORIGINAL**

AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____Texas_____

UNITED STATES OF AMERICA

V.

Jeffrey Lynn Daniels
aka "JDT" and "Dialtone"

**WARRANT FOR ARREST**

Case Number: 3-11-cr-152-L (02)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Jeffrey Lynn Daniels
                                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petiton  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her (brief description of offense)

Conspiracy to Use Access Devices to Modify Telecommunications Instruments and to Make Unauthorized Access to PRotected Telecommunications Computers; Obstruction : Destruction of Evidence; Obstruction: Concealment of Evidence;

in violation of Title  18   United States Code, Section(s)   371(1029(a)(9); 1030(a)(5)(A)(ii) and B(iv), 1030(a)(2)(A) and 875(d); 1512(c)(1),

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell* (signature)
Signature of Issuing Officer

Magistrate Judge Irma C. Ramirez

May 26, 2011
Date

Dallas, TX
Location

By: /s/J. Baggett

| RETURN | 2101686 |
|---|---|

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

(stamp: 26-MAY-11 10:16)